### 22440. SMITH v. SMITH.

HEAD, Presiding Justice. The sole assignment of error in the bill of exceptions is on a judgment denying a motion for a new trial "on each and every ground." The motion for a new trial was filed to a judgment of the trial judge denying a motion to modify an alimony decree. "A motion for a new trial goes only to the verdict and reaches only such errors of law and fact as contributed to the rendition of the verdict; and therefore errors committed by the court in the rendition of a decree or judgment can not be reached by a motion for a new trial." *Herz v. Claflin Co.*, 101 Ga. 615 (5) (29 SE 33); *Sweetman v. Owens*, 147 Ga. 436 (2) (94 SE 542); *Smith v. Wood*, 189 Ga. 695 (2) (7 SE2d 255); *Ballard v. Harmon*, 202 Ga. 603, 605

(44 SE2d 260). "[A] motion for a new trial not being the remedy to reach any error which the judge may have committed in his judgment . . . , it is certain that the refusal to grant a new trial was not erroneous." *Moreland v. Stephens*, 64 Ga. 289, 290.

*Judgment affirmed. All the Justices concur.*

SUBMITTED APRIL 13, 1964—DECIDED MAY 7, 1964.

*Alton T. Milam*, for plaintiff in error.
*William A. Ingram*, contra.

*Judgment affirmed. All the Justices concur.*